# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA MCCARY,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>    Defendants | Case No.: 2:22-cv-00825-APG-EJY<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

    Defendants Wal-Mart Stores, Inc.; Walmart Inc. d/b/a Walmart #2050; and Walmart Real Estate Business Trust removed this action from state court on the basis of diversity jurisdiction. ECF No. 1.  However, the defendants did not identify the citizenship of Walmart Inc. d/b/a Walmart #2050 or Walmart Real Estate Business Trust.  I therefore ordered the defendants to show cause why I should not remand this action for lack of subject matter jurisdiction. ECF No. 7.  I advised the defendants that if they failed to respond by the June 10, 2022 deadline, I would remand this action to state court. *Id.*  The defendants did not respond.

    I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

    DATED this 13th day of June, 2022.

                                                             ANDREW P. GORDON<br>
                                                              UNITED STATES DISTRICT JUDGE